```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

ROBERT STERLING DORSEY,     :     CIV. NO. 20-3535 (RMB)
                            :
        Petitioner          :
                            :
   v.                       :     **ORDER**
                            :
DAVID ORTIZ,                :
                            :
        Respondent          :

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **29th day of March 2021**,

**ORDERED** that Petitioner's motion for discovery (Dkt. No. 5) is **DENIED**; and it is further

**ORDERED** that Petitioner's motion for default judgment (Dkt. No. 9) is **DENIED**; and it is further

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Petitioner by regular U.S. mail; and it is further

**ORDERED** that the Clerk shall close this matter.


                                   s/Renée Marie Bumb
                                   **RENÉE MARIE BUMB**
                                   **United States District Judge**